**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA )

vs. ) CRIMINAL ACTION NO. 25-00028-KD
)

XAVIAN SHAQUILLE BROWN )

Defendant. )

**DEFENDANT XAVIAN SHAQUILLE BROWN'S SUPPLEMENTAL PSR POSITION**

Comes now, the Defendant, XAVIAN SHAQUILLE BROWN, in the above-styled cause, by and through counsel, Latisha V. Colvin, and hereby states the following Supplemental Position with Regard to the Presentence Investigation Report (PSR). Specifically, Brown supplements his previously-filed PSR Position.

1. As stated previously, Brown objects to the following offense level adjustment in ¶ 7 of the PSR:

> **Adjustment for Role in the Offense:** The defendant was an organizer or leader of a criminal activity that involved five or more participants or was otherwise extensive; therefore, 4 levels are added. U.S.S.G. §3B1.1(a).

2. Brown additionally offers in support of his position the government's characterization of the defendant in *United States v. David Murray*, CR20-0060, NDFL, as a "money mule", rather than an organizer or leader in the conspiracy. Such characterization in this Northern District of Florida case from 2020 is analogous to the role that Brown played in this case. Defendant Murray's role in his Jamaican lottery fraud conspiracy was to receive money from the victims and send it to Jamaica. *See attached*, Statement of Facts, Doc. No. 20. "Murray knew that his

conduct in receiving this money and sending the funds to Jamaica was facilitating a scam." *Id*. at p. 4.

3. In its February 16, 2021, press release following the sentencing hearing in *Murray*, the government wrote:

> David Murray of Chattahoochee, Florida, was sentenced today to 42 months imprisonment for acting as a money mule for a Jamaican Operation Linked to Telecommunications (JOLT), commonly referred to as a Jamaican lottery scam. . . .
>
> A money mule is a person who helps criminals commit financial fraud.

*See attached* press release.

4. Likewise, Xavian Brown was a "money mule" in the instant conspiracy, as he had a specific role in the facilitation, rather than the organization, of the fraud. He was approached by an individual in Jamaica to receive money by cash and bank accounts, then send it back to Jamaica to be withdrawn by others. Therefore, the organizer/leadership role enhancement should not apply.

Respectfully Submitted,

/s/Latisha V. Colvin
Latisha V. Colvin (COLVL9139)
Federal Defenders Organization, Inc.
11 North Water Street, Suite 11290
Mobile, AL 36602
(251) 433-0910 (telephone)
(251) 433-0686 (facsimile)

Attorney for XAVIAN SHAQUILLE BROWN

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a true and correct copy of the foregoing pleading on Assistant United States Attorneys Kasee Heisterhagen and Michael Anderson and USPO Jon Mark Cooley, by electronic delivery on this 21st day of October 2025.

/s/ Latisha V. Colvin
LATISHA V. COLVIN